## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| RANDY BURD, On Behalf of Himself and All Others Similarly Situated,<br><br>v.<br><br>TURNEY BROS OILFIELD SERVICES AND PIPELINE, LLC | ) ) ) ) ) ) ) ) ) ) ) **MOTION TO APPEAR PRO HAC VICE**<br><br>**Case No.** 4:15-cv-041 |

Allen R. Vaught, an attorney for Plaintiffs in the above-captioned case, moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| State of Residence: | Texas |
| Office/Firm Address: | Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219 |
| Telephone Number (office): | (214) 521-3605 Telephone |
| E-mail Address (office): | avaught@baronbudd.com |
| Legal Training: | J.D., South Texas College of Law, December 2007. |
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Texas Bar, 24004966, Mississippi Bar 101695, U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas, U.S. District Court for the Southern District of Mississippi, U.S. District Court for the District of Colorado, U.S. District Court for the Southern District of Indiana, U.S. District Courts for the Eastern and Western Districts of Arkansas, U.S. Court of Appeals for the Armed Forces, U.S. Court of Appeals for the Ninth Circuit, and U.S. Court of Appeals for the Fifth Circuit. |
| Trial Experience: | First chair trial experience in multiple trials including Aug. 2014 trial victory in FLSA collective action proceeding. |

| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |
|---|---|

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 5th day of May, 2015.

/ Allen R. Vaught

Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219

(214) 521-3605 Telephone
(214) 520-1181 Facsimile