IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| RANDY BURD, On Behalf of Himself and All Others Similarly Situated,<br><br>v.<br><br>TURNEY BROS OILFIELD SERVICES AND PIPELINE, LLC | **MOTION TO APPEAR PRO HAC VICE**<br><br>**Case No.** 4:15-cv-041 |

Melinda Arbuckle, an attorney for Plaintiffs moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| State of Residence: | Texas |
| Office/Firm Address: | Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219 |
| Telephone Number (office): | (214) 521-3605 |
| E-mail Address (office): | marbuckl@baronbudd.com |
| Legal Training: | J.D., Southern Methodist University, Dedman School of Law |
| Other Bar Admissions:<br>list jurisdiction & ID number for each jurisdiction | Texas - 24080773<br>California - 302723 |
| Trial Experience: | |

| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | none |
|---|---|

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 5 day of May .

*s/Melinda Arbuckle*

Melinda Arbuckle

Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219

(214) 521-3605