# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Randy Burd, On Behalf of Himself and All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )  **ORDER RE ADMISSION**<br>)  **PRO HAC VICE** |
| vs. | )<br>) |
| Turney Bros Oilfield Services and Pipeline, LLC, | )<br>)<br>)  Case No. 4:15-cv-041 |
| Defendant. | ) |

Before the court are motions for attorneys Allen R. Vaught, Melinda Arbuckle, and Ryan Burton to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Allen R. Vaught, Melinda Arbuckle, and Ryan Burton have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 5, 6, and 7) are **GRANTED**. Attorneys Allen R. Vaught, Melinda Arbuckle, and Ryan Burton are admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 6th day of May, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court